IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-13-99-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| HUNTER BURNS, | |
| Defendant. | |

Defendant, Hunter Burns filed a Notice of Material Change in Defendant's Economic Circumstances Pursuant to 18 U.S.C. §3572(d)(3). (Doc. 83) In this Notice the Defendant requested permission from the Court to file a motion and brief in support thereof to adjust his fine payment schedule. Accordingly, **IT IS HEREBY ORDERED** that the Defendant will be permitted to file a motion and brief in support thereof to adjust his fine payment schedule.

DATED this 24th day of August, 2017.

Brian Morris
United States District Court Judge